DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JAMES ALEXANDER MOORE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-3478

————————————————

September 1, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hillsborough County; Michael W. Williams, Judge.

PER CURIAM.

    Affirmed.

KHOUZAM, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.